# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**484**

**KA 09-02347**

PRESENT: SCUDDER, P.J., FAHEY, CARNI, SCONIERS, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

JAMES ELLIOTT, ALSO KNOWN AS JAMES E. ELLIOTT,
DEFENDANT-APPELLANT.

---

GARY A. HORTON, PUBLIC DEFENDER, BATAVIA (BRIDGET L. FIELD OF
COUNSEL), FOR DEFENDANT-APPELLANT.

LAWRENCE FRIEDMAN, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL OF
COUNSEL), FOR RESPONDENT.

-------------------------------------------------------------------------------

Appeal from a judgment of the Genesee County Court (Robert C.
Noonan, J.), rendered October 23, 2009.  The judgment convicted
defendant, upon his plea of guilty, of attempted robbery in the second
degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered:  April 29, 2011                          Patricia L. Morgan
                                                  Clerk of the Court